APPEARANCE

# United States Bankruptcy Court

For the  Northern  District of  Illinois

In re  )
    BRYCE STIRLEN,  )
    )  Case No. 17-6666
    )
    )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

American Weapons Components, Inc.

| Ariel Weissberg | Weissberg and Associates, Ltd. |
| --- | --- |
| Print Name on this Line | Firm Name |
| /s/ Ariel Weissberg | FIRM ID NUMBER: |
| Signature | 401 S. LaSalle Street, Suite 403 |
| ATTORNEY ID NUMBER 03125591 | Street Address |
| | Chicago    IL    60605 |
| | City    State    Zip |
| | Telephone    312-663-0004 |

Trial Attorneys*

    Ariel Weissberg
    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: April 18, 2017

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____ D _____ TP _____