IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRYCE STIRLEN, | ) | Case No. 17 B 6666 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**SCHEDULE OF UNPAID DEBTS PURSUANT TO BANKRUPTCY RULE 1019(5)(A)(i)**

| CREDITOR | NATURE OF DEBT | AMOUNT |
|---|---|---|
| Robert H. Rosenfeld<br>& Associates, LLC<br>33 North Dearborn Street<br>Suite 1850<br>Chicago, Illinois 60602 | Professional Services | $387.00 |
| Benetrends Financial<br>1180 Welsh Road, Suite 280<br>North Wales, PA 19454 | Corporate Debt | $1,690.00 |
| Call & Jenson<br>610 Newport Center Drive<br>#700<br>Newport Beach, CA 92660 | Corporate Debt | $131,793.15 |
| Sheppard Mullins<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071 | Corporate Debt | $110,000.00 |

To the best of my knowledge, the foregoing information is truthful and accurate.

*/s/ Bryce Stirlen*, Debtor

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558